# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LORMET COMMUNITY FEDERAL CREDIT UNION, | Case No. 1:23-cv-00627 |
| | Judge J. Philip Calabrese |
| Plaintiff and Counter-Defendant, | |
| | Magistrate Judge James E. Grimes, Jr. |
| v. | |
| CITY OF OBERLIN, | |
| Defendant, | |
| and | |
| VAUGHN'S AUTO REPAIR & TOWING, LLC, | |
| Defendant and Counter-Claimant. | |

## ORDER

Based on discussions with counsel at the initial case management conference and again at the last status conference, review of the parties' respective positions on the issue in their joint status report, and further consideration, the Court will maintain the status quo with respect to the vehicle at this time subject to reallocation, if appropriate, at the conclusion of the case. If the parties wish to revisit this issue without prejudice to the merits of their respective claims and defenses, they may do so at any time in negotiations among themselves or with the assistance of the Court.

**SO ORDERED.**

Dated: October 20, 2023

                                              J. Philip Calabrese
                                              United States District Judge
                                              Northern District of Ohio